# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRAISURE SMITH,<br><br>              Plaintiff,<br><br>     v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>              Defendants.<br>_____ / | CASE NO. 1:13-cv-00869-SKO PC<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 2) |

Plaintiff Fraisure Smith, a civil detainee proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 10, 2013.  Plaintiff seeks leave to proceed in forma pauperis. Good cause having been shown, Plaintiff's motion to proceed in forma pauperis is HEREBY GRANTED, *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000), and Plaintiff's complaint will be screened in due course, 28 U.S.C. § 1915(e)(2)(B)(ii).

IT IS SO ORDERED.

**Dated:   June 12, 2013**                    /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE