1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

9  FRAISURE SMITH,                              CASE NO. 1:13-cv-00869-SKO PC

10                          Plaintiff,          ORDER GRANTING MOTION TO PROCEED
                                                IN FORMA PAUPERIS

11          v.
                                                (Doc. 2)

12  STATE OF CALIFORNIA, et al.,

13                          Defendants.
    _____/

14

15          Plaintiff Fraisure Smith, a civil detainee proceeding pro se, filed this civil rights action

16  pursuant to 42 U.S.C. § 1983 on June 10, 2013.  Plaintiff seeks leave to proceed in forma pauperis.

17  Good cause having been shown, Plaintiff's motion to proceed in forma pauperis is HEREBY

18  GRANTED, *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000), and Plaintiff's complaint will be

19  screened in due course, 28 U.S.C. § 1915(e)(2)(B)(ii).

20

21  IT IS SO ORDERED.

22  **Dated:    June 12, 2013**                    _____/s/ Sheila K. Oberto_____
                                                   UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

1